## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ASTRAZENECA LP, ASTRAZENECA AB,     )
ASTRAZENECA PHARMACEUTICALS     )
LP, ASTRAZENECA UK LIMITED     )
                  , )
                   )

         **Plaintiff(s),** )

**FILED**

**NOV − 2 2015**

**U.S. DISTRICT COURT-WVND**
**WHEELING, WV 26003**

        v. )

MYLAN INC. and MYLAN )      Civil Action No. *1:15-CV-202*
PHARMACEUTICALS INC. )

         , )

        **Defendant(s)/**
        **Third-Party Plaintiff(s),** )

        v. )

         , )

        **Third-Party Defendant(s).** )

## DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
### (Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff _____,

(type of party)

who is AstraZeneca AB _____, makes the following disclosure:

(name of party)

1.      Is the party a non-governmental corporate party?

☑ YES          ☐ NO

2.      If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

AstraZeneca PLC, a publicly-held company, is the ultimate parent corporation of AstraZeneca AB.

3.      If the answer to Number 1 is "yes," list below any publically-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

AstraZeneca PLC is the only publicly-held corporation that owns 10% or more of the stock of AstraZeneca AB.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ James F. Companion
_____
Signature of Counsel for Party

Date: November 2, 2015
_____

James F. Companion (#790)
Yolonda G. Lambert (#2130)
Schrader, Byrd & Companion, PLLC
The Maxwell Centre
32-20th Street, Suite 500
Wheeling, WV 26003
(304) 233-3390
jfc@schraderlaw.com
ygl@schraderlaw.com