IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| ASTRAZENECA LP, ASTRAZENECA AB, ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED , <br><br> Plaintiff(s), <br><br> v. <br><br> MYLAN INC. and MYLAN PHARMACEUTICALS INC. <br> _____, <br><br> Defendant(s)/ <br> Third-Party Plaintiff(s), <br><br> v. <br><br> _____, <br><br> Third-Party Defendant(s). | FILED <br> NOV -2 2015 <br> U.S. DISTRICT COURT-WVND <br> WHEELING, WV 26003 <br><br> Civil Action No. 1:15-CV-202 |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
(Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff _____,
(type of party)
who is AstraZeneca Pharmaceuticals LP _____, makes the following disclosure:
(name of party)

Page 1 of 2

1. Is the party a non-governmental corporate party?

    ☒ YES     ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

AstraZeneca PLC, a publicly-held company, is the ultimate parent corporation of AstraZeneca Pharmaceuticals LP.

3. If the answer to Number 1 is "yes," list below any publically-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

AstraZeneca PLC is the only publicly-held corporation that owns 10% or more of the stock of AstraZeneca Pharmaceuticals LP.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ James F. Companion
Signature of Counsel for Party

Date: November 2, 2015

James F. Companion (#790)
Yolonda G. Lambert (#2130)
Schrader, Byrd & Companion, PLLC
The Maxwell Centre
32-20th Street, Suite 500
Wheeling, WV 26003
(304) 233-3390
jfc@schraderlaw.com
ygl@schraderlaw.com